February 12, 2013



# SUBSTITUTE JUDGMENT

# The Fourteenth Court of Appeals

NABILCO INC. AND D. HOUSTON, INC. D/B/A TREASURES, Appellants

NO. 14-12-00832-CV                                    V.

THE STATE OF TEXAS AND THE CITY OF HOUSTON, Appellees

_____

Today, the Court heard appellants' unopposed motion to dismiss the appeal from the temporary injunction signed by the court below on October 12, 2012. Having considered the motion and found it meritorious, we order our judgment filed January 10, 2013, **VACATED,** and the appeal **DISMISSED.** Our opinion issued January 10, 2013, is not withdrawn.

We further order that all costs incurred by reason of this appeal be paid by appellants, Nabilco Inc. and D. Houston, Inc. D/B/A Treasures, jointly and severally.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.